IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KENNETH D. VOSS, | ) | 8:18CV28 |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | ORDER |
| THE STATE OF NEBRASKA, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Filing Nos. 9, 10, and 11, liberally construed either as motions to alter or amend judgment filed pursuant to Federal Rule of Civil Procedure 59, or as motions for relief from judgment filed pursuant to Federal Rule of Civil Procedure 60, are denied in all respects.

DATED this 2nd day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge